UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>GULSHAN MANKO | Criminal No. 19-423 (FLW)<br><br>ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (R. Joseph Gribko Assistant U.S. Attorney, appearing), and defendant Gulshan Manko (David Oakley, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter in order to allow the parties to fully prepare for trial following the final pretrial conference; and the defendant being aware that he otherwise has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1), not including time that has been excluded from computation pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*; and the defendant having consented to such continuance and having waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties require additional time to complete pretrial discovery, including the exchange of exhibits, and to file appropriate pretrial motions,

voir dire requests, and proposed jury instructions, and to otherwise prepare for trial.

    2.    The grant of a continuance will ensure that, taking into account the exercise of due diligence, counsel, including defense counsel, have sufficient time to complete these activities, including preparing for trial.

    3.    As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 22nd day of July, 2019,

    (1)    ORDERED that this action be, and hereby is, continued until November 30, 2019; and it is further

    (2)    ORDERED that the period from the date of this order through November 30, 2019 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Freda L. Wolfson
United States District Judge

Form and entry consented to:

_____
R. Joseph Gribko
Assistant U.S. Attorney

_____
David Oakley, Esq.
Counsel for defendant